UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED

NOV 28 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dieterich Standard, Inc. )
)
)
Plaintiff, )
)
- vs.- )
) CASE NUMBER  1:05CV02296
)
Jon W. Dudas, Director of the United States ) JUDGE: Reggie B. Walton
Patent & Trademark Office )
) DECK TYPE: Administrative Agency Rev[iew]
Defendant. )
) DATE STAMP: 11/28/2005

**CERTIFICATE REQUIRED BY RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Dieterich Standard, Inc.. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Dieterich Standard, Inc. which have outstanding securities in the hands of the public.

Emerson Electric Co.

These representations are made in order that the judges of this court may determine the need for recusal.

DATED:      November 28, 2005        Respectfully submitted,

_/s/ John Will Ongman_
John Will Ongman, D.C. Bar # 378042
Barnes & Thornburg LLP
750 17th Street N.W., Suite 900
Washington, D.C. 20006-4675
(202) 289-1313