# UNITED STATES DISTRICT COURT

District of __Columbia__

Dieterich Standard, Inc.
a Delaware Corporation
5401 North 71st Street
Boulder, CO 80301

V.

Jonathan W. Dudas
Director of the United States Patent
& Trademark Office
Office of the Solicitor
P.O. Box 15667
Arlington, VA 22215

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-2296 (RBW)

TO: (Name and address of Defendant)

United States Attorney General
950 Pennsylvania Ave N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Will Ongman
Barnes & Thornburg LLP
750 17th Street NW Suite 900
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

MAR 28 2006

CLERK

T. Davis

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 28, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Ed Koon | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sent by certified mail to Attorney General of the United States, 950 Pennsylvania Ave, N.W., Washington DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 28, 2006           *Edward Koon*
           *Date*                     *Signature of Server*

Barnes & Thornburg LLP, 750 17th St NW
Suite 900, Washington, D.C. 20006
*Address of Server*

) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.