AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Dieterich Standard, Inc., a Delaware
Corporation,
5601 North 71st Street
Boulder, CO 80301

**SUMMONS IN A CIVIL CASE**

V.

Jonathan W. Dudas, Director of the United States Patent &
Trademark Office
Office of the Solicitor
PO Box 15667
Arlington, VA 22215

CASE NUMBER:    Civil Action No. 05-2296 (RBW)

TO: (Name and address of Defendant)

Jonathan W. Dudas, Director of the United States Patent &
Trademark Office
Office of the Solicitor
PO Box 15667
Arlington, VA  22215

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Will Ongman
Barnes & Thornburg LLP
750 17th Street NW Suite 900
Washington, D.C.  20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 2 8 2006

CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 28, 2006 |
| NAME OF SERVER (PRINT) Ed Koon | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sent by certified mail to Mr. Jonathan Dudas, Director USPTO, PO Box 15667, Arlington, Va 22215

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 28, 2006        *Edward Koon*
                Date                    Signature of Server

Barnes & Thornburg LLP, 750 17th St NW
Suite 900, Washington, D.C. 20006
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.