I hereby certify that this correspondence is being deposited with the United States Postal Service "EXPRESS MAIL POST OFFICE TO ADDRESSEE" service under 37 CFR § 1.10 via express mail label number EL 995015427 US with sufficient postage addressed to: Board of Patent Appeals and Interferences, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450, on the date shown below.

Dated: November 29, 2005    Signature: _____
                                       Roger A. Heppermann

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE BOARD OF PATENT APPEALS AND INTERFERENCES

In re Patent Application of:
Charles Orleskie et al.

Application No.: 10/119,283

Filed: April 9, 2002                                Art Unit: 2855

For: AVERAGING ORIFICE PRIMARY FLOW         Examiner: Corey D. Mack
    ELEMENT

### POWER OF ATTORNEY AND CHANGE OF CORRESPONDENCE ADDRESS

The undersigned representative of Dieterich Standard, Inc. hereby states that it is owner of all right title and interest in the above-identified patent application, as verified by the enclosed Statement Pursuant to 37 CFR § 3.73(b).

### Statement Pursuant to 37 C.F.R. § 3.73

In accordance with 37 C.F.R. §3.73, the undersigned representative of the Assignee, Dieterich Standard, Inc. states that an Assignment was recorded at Reel/Frame 013737/0609, on February 10, 2003, which constitutes the last assignment in the chain of title of the above-referenced application and which assigns the entire right, title and interest in the above-identified application to Dieterich Standard, Inc., and hereby certifies that to the best of his knowledge and belief, title remains in the name of Dieterich Standard, Inc. as Assignee of the entire right and interest in the above-identified patent application.

The undersigned further states that he is authorized to make and sign the foregoing certification on behalf of the Assignee, and to take the action set forth herein on behalf of the Assignee, pursuant to the authority possessed by individuals in his position at Dieterich Standard, Inc., which is identified below.

### Power of Attorney

The undersigned representative hereby revokes all previous powers of attorney and hereby appoints:

All practitioners at Customer Number 04743

jointly, and each of them severally, as attorneys at law/patent agent(s), with full power of substitution, delegation and revocation, to prosecute this application, to make alterations and

amendments therein, to receive the patent, and to transact all business in the U. S. Patent and Trademark Office connected therewith.

### Change of Correspondence Address

Please mail all correspondence to Roger A. Heppermann, whose address is:

**MARSHALL, GERSTEIN & BORUN LLP**
233 S. Wacker Drive, Suite 6300
Sears Tower
Chicago, Illinois 60606-6357

Please direct telephone calls to: Roger A. Heppermann at (312) 474-6300.

Please direct facsimiles to: (312) 474-0448

For: Dieterich Standard, Inc.

_____    Dated: 11/29/05
Steve Chelesnik,

Secretary and General Counsel
Dieterich Standard, Inc.