UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DIETERICH STANDARD, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JONATHAN W. DUDAS, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2296 (RBW) |

### CERTIFICATE OF SERVICE

Because the Government has not yet entered an electronic appearance in this case to permit electronic service, I hereby certify that I have served Plaintiff's Response to Order to Show Cause this 31st day of March 2006 by first class mail postage prepaid upon:

Jonathan W. Dudas
Director of the U.S. Patent and trademark Office
PO Box 15667
Arlington, VA 22215

The Attorney General of the United States
950 Pennsylvania Avenue NW
Washington, D.C. 20530

United States Attorney for the District of Columbia
501 3d Street NW
4th Floor
Washington, D.C. 20001

_____
John Will Ongman
Counsel for Plaintiff Dieterich Standard, Inc.