UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIETERICH STANDARD, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-0530(PLF) |
| | ) |
| UNITED STATES PATENT and | ) |
| TRADEMARK OFFICE | ) |
| | ) |
|     Defendant. | ) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W.,
Washington, D.C. 20530
(202) 514-7238

Dated: April 15, 2006

Case 1:05-cv-02296-RBW     Document 9     Filed 04/15/2006     Page 2 of 2