UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIETERICH STANDARD INC,  )<br>A Delaware Corporation,          )<br>                                               )<br>         Plaintiff,                      )<br>                                               )<br>         v.                                 )<br>                                               )<br>JONATHAN W. DUDAS,         )<br>Director of the United States    )<br>Patent & Trademark Office,   )<br>                                               )<br>         Defendant.                  )<br>_____) | Civil Action No. 1:05-cv-02296-RBW |

## **O R D E R**

Upon consideration of the JOINT MOTION FOR REMAND, and good cause being shown, it is hereby ORDERED that:

this case is **remanded** to the USPTO for consideration of new prior art.

_____          _____
Date                                                       Reggie B. Walton
                                                                United States District Judge

cc:     John Will Ongman, Esq.
         Benton Gregory Peterson, Assistant United States Attorney

4