UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIETERICH STANDARD INC, )
A Delaware Corporation, )
 )
       Plaintiff, )
 )
       v. )   Civil Action No. 1:05-cv-02296-RBW
 )
JONATHAN W. DUDAS, )
Director of the United States )
Patent & Trademark Office, )
 )
       Defendant. )

## ORDER

Upon consideration of the JOINT MOTION FOR REMAND, and good cause being shown, it is hereby ORDERED that:

this case is <u>remanded</u> to the USPTO for consideration of new prior art.

July 17, 2006
Date

Reggie B. Walton
United States District Judge

cc:   John Will Ongman, Esq.
       Benton Gregory Peterson, Assistant United States Attorney

4